**Writ of Mandamus Denied, Opinion issued October 11, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01351-CV

## IN RE REVEREND RESHUNN D. CHAMBERS, TH.M., Relator

Original Proceeding from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-01540

## MEMORANDUM OPINION

Before Justices Moseley, FitzGerald, and Myers
Opinion by Justice Moseley

Relator contends the trial judge erred in granting a plea in abatement. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

JIM MOSELEY
JUSTICE

121351F.P05